UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
May 11, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>         Plaintiff,          )<br>v.                            )<br>                              )<br>DUANE HOWARD JONES,           )<br>                              )<br>         Defendant.          ) | Case No. MAG. 05-0136-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DUANE HOWARD JONES , Case No. MAG. 05-0136-GGH , Charge  PRETRIAL RELEASE VIOLATION , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __  Release on Personal Recognizance

      __  Bail Posted in the Sum of $_____

           __  Unsecured Appearance Bond

           __  Appearance Bond with 10% Deposit

           __  Appearance Bond with Surety

           __  Corporate Surety Bail Bond

           ✔  (Other)    Pretrial Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 11, 2005  at  2:10 pm .

                                                                  By    /s/ Gregory G. Hollows
                                                                     Gregory G. Hollows
                                                                     United States Magistrate Judge

Copy 5 - Court